

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-9-2008

# Gartner v. USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-2344

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"Gartner v. USA" (2008). *2008 Decisions.* Paper 1775.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/1775

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 07-2344
_____

JOHN B. GARTNER,
                                                    Appellant

v.

UNITED STATES OF AMERICA

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 07-mc-00052)
District Judge:  Honorable Juan R. Sanchez

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
December 20, 2007

Before: SLOVITER, BARRY and WEIS, Circuit Judges

(Opinion filed:  January 9, 2008)
_____

OPINION
_____

PER CURIAM

Appellant John B. Gartner appeals pro se the district court's denial of his petition

to quash two Internal Revenue Service (IRS) third-party recordkeeper summonses.  We

have jurisdiction over this appeal under 28 U.S.C. § 1291.  Moutevelis v. United States,

727 F.2d 313, 314 (3d Cir. 1984) (citing 26 U.S.C. § 7609(h)(1)).

Under 26 U.S.C. § 7601, the Secretary of the Treasury is directed to make inquiries of every person who may be liable to pay tax. Further, under 26 U.S.C. § 7602, the Secretary is vested with the authority to issue summonses in order to fulfill the Secretary's investigatory obligation. These summonses include third-party recordkeeper summonses which may be issued to banks and credit unions, among other entities. See 26 U.S.C. § 7609.

Upon review of the record and the parties' briefs, we find no reversible error in the district court's denial of Gartner's petition to quash.

Accordingly, we will affirm the District Court's order entered April 20, 2007.